IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03399-GPG

DELISE ROSS,[1]

    Plaintiff,

v.

DANIEL CLARK, Aurora Police Officer,

    Defendant.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLOLCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

    DATED February 18, 2015, at Denver, Colorado.

                                    BY THE COURT:

                                    S/ Gordon P. Gallagher

                                    United States Magistrate Judge

---

[1] In a previous Order (ECF No. 8), the Court identified the Plaintiff in the caption as "Delise Ross, a/k/a Delaree Ross." The Court mistakenly believed that Delise Ross and Delaree Ross were one in the same because of their nearly identical handwriting and style of writing. However, it has come to the Court's attention that Ms. Delise Ross is the sister of Delaree Ross. (*See* ECF No. 9). Accordingly, the caption has been amended to reflect Delise Ross as the Plaintiff, with no alias. Unlike Delaree Ross, Delise Ross does not have a pending case in this Court, or a case terminated within 12 months of her filing. *See* D.C.COLO.LCivR 40.1(c)(1). Therefore, this case is being assigned by random draw, pursuant to D.C.COLO.LCivR 40.1(a).