# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  14-cv-03399-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**   April 27, 2015 | Courtroom Deputy, Molly Davenport |
| <u>*Parties*</u> | <u>*Counsel*</u> |
| DELISE ROSS, | *Pro Se* |
| Plaintiff(s), | |
| v. | |
| DANIEL CLARK, Aurora Police Officer, | Jamie Wynn |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session:**   8:55 a.m.
Court calls case.  Appearance of *Pro Se* plaintiff and counsel for Defendant.

This time was originally set as a Scheduling Conference, which was converted to a Status Conference by Minute Order [25] entered April 16, 2015.

The plaintiff had advised counsel for the defendant that she intended to dismiss the case. Counsel for the defendant, in turn, advised the Court.  The plaintiff has since decided not to dismiss her case and to oppose the defendant's [23] Unopposed Motion to Dismiss Pursuant to FED.R.CIV.P. 12(b)(6).

**ORDERED:**    [24] Unopposed Motion to Stay re [23] Unopposed Motion to Dismiss is DENIED.

Plaintiff has until May 6, 2015 to file an opposition to [23] Unopposed Motion to Dismiss.

Hearing concluded.

**Court in recess: 9:00 a.m.**
Total in-court time: 00:05

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.