IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03399-PAB-MJW

DELISE ROSS,

Plaintiff,

v.

DANIEL CLARK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Cross-Motion Opposing Defendant's Request Case Be Dismissed **(Docket No. 29)** is **DENIED AS NOT A PROPER MOTION**.  As the Court interprets the document, it is intended as a response to Defendant's motion to dismiss and as a request that Defendant's motion be denied.  It does not appear to include a request for any independent relief; further, even if it did request affirmative relief, such a request would be need to be made in its own motion rather than in a response to Defendant's motion.  *See* D.C.COLO.LCivR 7.1(d) (second paragraph).

    Accordingly, to the extent the document seeks relief, it is denied as not a proper motion.  However, the Court will treat it as a response to Defendant's motion to dismiss, and the Court hereby ORDERS that Defendant likewise treat it as Plaintiff's response.  Defendant's reply, if any, shall be filed in accordance with D.C.COLO.LCivR 7.1(d) and Fed.R.Civ.P. 6, counting from April 27, 2015, as the date of service.

Date: April 28, 2015