IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03399-PAB-MJW

DELISE ROSS,

Plaintiff,

v.

DANIEL CLARK,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Cross-Motion Opposing Defendant's Request Case Be Dismissed **(Docket No. 32)** is **STRICKEN AS A DUPLICATE OF DOCKET NO. 29**.

Date: April 29, 2015