**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03399-PAB-MJW

DELISE ROSS,

     Plaintiff,

v.

DANIEL CLARK,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 42] of United States District Judge Philip A. Brimmer entered on June 30, 2015, it is

**ORDERED** that judgment is hereby entered in favor of defendant DANIEL CLARK and against plaintiff DELISE ROSS.  It is further

**ORDERED** that defendant is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of June, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

By: s/ Kathy Preuitt-Parks

    Kathy Preuitt-Parks
    Deputy Clerk